UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
DAVID MANEY

CASE NO. 04 B 23478

CHAPTER 13

JUDGE: JOHN H SQUIRES

Debtor  
SSN XXX-XX-2185

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/21/04 and confirmed on 08/20/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 10185.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 2350.00 | 239.26 | 2350.00 |
| BECKET & LEE LLP | UNSECURED | 8583.16 | .00 | 858.32 |
| COMMERCE BANK | UNSECURED | 8908.37 | .00 | 890.84 |
| US BANK | UNSECURED | 13598.70 | .00 | 1359.87 |
| US BANK | UNSECURED | 13687.19 | .00 | 1368.72 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 583.21 | .00 | 58.32 |
| ROUNDUP FUNDING LLC | UNSECURED | 3150.38 | .00 | 315.04 |
| BECKET & LEE LLP | UNSECURED | 1583.02 | .00 | 158.30 |
| US BANK | UNSECURED | 744.35 | .00 | 74.44 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2350.00 | .00 | 50838.38 | .00 | 53188.38 |
| PRINCIPAL PAID | 2350.00 | .00 | 5083.85 | .00 | 7433.85 |
| INTEREST PAID | 239.26 | .00 | .00 | .00 | 239.26 |
| TOTAL PAID | 2589.26 | .00 | 5083.85 | .00 | 7673.11 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   2200.00 and was paid $    294.80   direct and $   1905.20   through the plan.

The Trustee received $    422.50 .

Refunds to the Debtor totaled $     184.19 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/08/08                                /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 23478 DAVID MANEY